Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−16148−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Toni−Ann M Hoffman
   1075 Overlook Drive
   Toms River, NJ 08753

Social Security No.:
   xxx−xx−1490

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              10/5/22
Time:              10:00 AM
Location:          Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: August 4, 2022
JAN: gan

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Toni-Ann M Hoffman  
    Debtor

Case No. 22-16148-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Aug 04, 2022      Form ID: 132      Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Toni-Ann M Hoffman, 1075 Overlook Drive, Toms River, NJ 08753-3813 |
| 519674057 | + | Consolidation Capital, 21 Cummings Park, Woburn, MA 01801-2198 |
| 519674059 | + | FreedomLegal/Moccia Law Firm, PO Box 940, San Jose, CA 95108-0940 |
| 519674063 | + | Palisade Legal Group, PLLC, Attn: M. Edvard Shprukhman, Esq., 1717 K Street NW, Suite 900, Washington, DC 20006-5349 |
| 519674066 | + | Scott Hoffman, 1075 Overlook Drive, Toms River, NJ 08753-3813 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 04 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 04 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519674055 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 04 2022 20:46:43 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519674058 | + | Email/Text: mrdiscen@discover.com | Aug 04 2022 20:37:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519674060 | + | Email/Text: Documentfiling@lciinc.com | Aug 04 2022 20:37:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 519674061 | + | Email/Text: Documentfiling@lciinc.com | Aug 04 2022 20:37:00 | LendingClub, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2807 |
| 519674062 | + | Email/Text: BKNotice@ldvlaw.com | Aug 04 2022 20:37:00 | Lyons, Doughty, Veldhuis, 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 519674065 | | Email/Text: signed.order@pfwattorneys.com | Aug 04 2022 20:37:00 | Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519674064 | | Email/PDF: ebnotices@pnmac.com | Aug 04 2022 20:46:35 | Pennymac, PO Box 514387, Los Angeles, CA 90051-4387 |
| 519674067 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2022 20:46:22 | Synchrony Bank, PO BOX 965013, Orlando, FL 32896-5013 |
| 519674068 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2022 20:46:22 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519674069 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2022 20:46:33 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519674070 | + | Email/Text: synovusbankruptcy@synovus.com | Aug 04 2022 20:38:00 | Synovus Bank/GreenSky, Attn: Bankruptcy, Po Box 120, Columbus, GA 31902-0120 |
| 519674071 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 04 2022 20:37:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259001, Plano, TX 75025-9001 |

Case 22-16148-CMG    Doc 8    Filed 08/06/22    Entered 08/07/22 00:15:05    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 04, 2022 | Form ID: 132 | Total Noticed: 19 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519674056 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Monika Mazurczyk | on behalf of Debtor Toni-Ann M Hoffman monikam@tomeslawfirm.com mazurczykmr92561@notify.bestcase.com;ftomes@tomeslawfirm.com;sarahc@tomeslawfirm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3