---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2022-0557

POWERS KIRN, LLC
ecf@powerskirn.com
William M. E. Powers III
308 Harper Drive, Suite 210
Moorestown, NJ 08057
856-802-1000
Attorney for PennyMac Loan Services, LLC

---

| In Re: | Case No.: 22-16148-CMG |
|---|---|
| Toni-Ann M. Hoffman | Hearing Date: N/A |
| | Judge: Honorable Christine M. Gravelle |
| | Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, William M. E. Powers III:

   ☒ represent the  Creditor  in the above captioned matter.

   ☐ am the secretary/paralegal for Powers Kirn, LLC, who represents the movant/creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On August 15, 2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Notice of Appearance and Request for Notices

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: August 15, 2022

/s/ *William M. E. Powers III*
William M. E. Powers III

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650-4853 | **TRUSTEE** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Other  F.R.Civ.P. 5(b)(1)(E)<br>   (As authorized by the court or by rule. Cite the rule if applicable) |
| Monika Mazurczyk, Esquire<br>17 Broad Street<br>Suite 3<br>Freehold, NJ 07728 | **ATTORNEY** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Other  F.R.Civ.P. 5(b)(1)(E)<br>   (As authorized by the court or by rule. Cite the rule if applicable) |
| Toni-Ann M. Hoffman<br>1075 Overlook Drive<br>Toms River, NJ 08753 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other _____<br>   (As authorized by the court or by rule. Cite the rule if applicable) |