Certificate Number: 17572-NJ-DE-036789361

Bankruptcy Case Number: 22-16148



17572-NJ-DE-036789361

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 27, 2022, at 1:43 o'clock PM PDT, Toni-Ann M Hoffman completed a course on personal financial management given by telephone by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: August 27, 2022          By:    /s/Maria Heredia

                               Name:  Maria Heredia

                               Title: Counselor