|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |

| In re: | Case No. 22-16148 / CMG |
|---|---|
| Toni-Ann M Hoffman | Hearing Date: October 5, 2022  10:00 am |
|  | Judge: Christine M. Gravelle |
| Debtor(s) | Chapter: 13 |

## TRUSTEE'S OBJECTION TO DEBTOR(S) CHAPTER 13 PLAN

Albert Russo, Standing Chapter 13 Trustee, objects to the Debtor(s) Plan for the following reason(s):

**The debtor has failed to supply the Trustee with the following document (s):**

A copy of the homeowner's insurance renewal declaration  - with liability coverage

Need a statement for the debtor's PERS loan.

**The debtor(s) plan consists of unnecessary or excessive expense items, such as:**
**$650/month for utilities**
**$1,250/month for transportation**
**$800/month for windows (creditor may file a claim)**
**Need proof of expenses 7 days prior to confirmation.**

The debtor(s) is not paying all disposable income into the plan pursuant to either Schedules I & J or Form 22C based upon the Trustee's review of the income and tax returns provided.  The Trustee's calculations are higher for the following reason(s): Verified income leaves monthly disposable income of $2,395.

The Plan provides for payment on unsecured claims of less than that which would be distributed upon liquidation under Chapter 7, as prohibited by 11 U.S.C. § 1325(a)(4):
There is $18,623 in non-exempt equity in the residence. (100% plan)
There is $18,914 in non-exempt equity in the Toyota. (100% plan)
There is $7,225 in non-exempt equity in the TD bank accounts. (100% plan)

**Need to file Pre-Confirmation Certification.**
**Need June and July bank statements TD Bank accounts 8421 and 0432.**

WHEREFORE, Standing Chapter 13 Trustee, Albert Russo, objects to confirmation of the plan.

      /s/   Albert Russo
Albert Russo
Standing Chapter 13 Trustee
by: David Martin, Staff Attorney