UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
PO Box 4853
Trenton,  NJ    08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:


Toni-Ann M Hoffman

Case No.: 22-16148 / CMG

Hearing Date: October 5, 2022  10:00 am

Judge: Christine M. Gravelle

Chapter:  13

## CERTIFICATION OF SERVICE

1.  I, Keisha Johnson, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2.  On September 2, 2022, I caused a copy of the following documents to be served upon the parties listed in the chart below in the manner described in the 'Mode of Service' column:

**Trustee's Objection to Debtor(s) Chapter 13 Plan, Certificate of Service**


Dated:  September 2, 2022

/s/  Keisha Johnson

Signature

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Toni-Ann M Hoffman<br>1075 Overlook Drive<br>Toms River, NJ  08753 | Debtor(s) | Regular Mail |
|  | Debtor(s) | Regular Mail |
| Monica Mazurczyk, Esq.<br>Tomes Law Firm, PC<br>17 Broad St., Suite 3<br>Freehold,  NJ  07728 | Attorney for Debtor(s) | Notice of Electronic Filing (NEF) |